IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DR. VALERIE T. AKEYO,<br><br>Plaintiff,<br><br>vs.<br><br>MR. RODNEY REHM, REHM, BENNETT, MOORE, REHM & OCKANDES, PC, LLO, DR. SCOTT S. JOHNSON, DR. ADRIAN M. DREESSEN, DR. KIMBERLY APKER, DR. GARY S. LERNER, DR. JOEL ARMITAGE, MAKOVICKA, and DR. AMY BROWN,<br><br>Defendants. | 8:19CV74<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's "Motion to Extend Court Date." (Filing No. 8.) Liberally construed, Plaintiff requests additional time to file an amended complaint. Upon consideration,

IT IS ORDERED that:

1. Plaintiff's "Motion to Extend Court Date" (filing no. 8) is granted. Plaintiff shall have until **December 4, 2019**, to file an amended complaint that clearly sets forth a basis for this court's jurisdiction. Failure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff. **No further extensions will be granted**.

2. The clerk of the court is directed to set the following pro se case management deadline: **December 4, 2019**: check for amended complaint.

Dated this 4th day of November, 2019.

                        BY THE COURT:

                        s/ *Richard G. Kopf*
                        Senior United States District Judge